**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA**

In re:                                                                  Case No. 07-80176
                                                                        Chapter 7
LILLIAN DOWDELL,

    Debtor.

## ORDER DISAPPROVING DEBTOR'S REAFFIRMATION AGREEMENT WITH NISSAN MOTOR ACCEPTANCE CORPORATION

On June 6, 2007, the debtor filed a reaffirmation agreement of her debt to Nissan Motor Acceptance Corporation. Because in this case there is a presumption that reaffirmation of the debt would result in an undue hardship to the debtor, the matter was set for hearing on June 20, 2007.

In particular, the debtor seeks to reaffirm a $27,706.13 debt owing to this creditor. The debt is secured by a 2005 Nissan Maxima. Reaffirmation of the debt would obligate the debtor to pay the creditor $509.35 per month.

The debtor's income is $2,055 per month. Her post-bankruptcy, monthly expenses total $2,296 exclusive of any payment to Nissan Motor Acceptance Corporation on the debt sought to be reaffirmed here. Therefore, it is clear that the debtor lacks the financial means to reaffirm this debt. Further, the court notes that alternative, less expensive, transportation is likely within the debtor's reach, and that course presents the debtor with a lesser risk of hardship. For these reasons, it is

ORDERED that the reaffirmation agreement between the debtor, Lillian Dowdell, and Nissan Motor Acceptance Corporation is DISAPPROVED.

Done this the 27th day of June, 2007.

                                        /s/ Dwight H. Williams, Jr.
                                        United States Bankruptcy Judge

c: Debtor

Charles M. Ingrum, Sr., Debtor's Attorney
Nissan Motor Acceptance Corporation, Creditor